BILL LIETZKE
P. O. BOX 4732
MONTGOMERY, ALABAMA   36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Utah

Case: 2:24-cv-00043
Assigned To : Oberg, Daphne A.
Assign. Date : 1/16/2024
Description: Lietzke v. City of Montgomery et al

BILL LIETZKE,                    ) CASE NO.
                                 )
        PLAINTIFF,               )
                                 )
VS.                              ) Constitutional Rights Violation
                                 ) Continuous Unlawful Detention
CITY OF MONTGOMERY, ET AL,       )
KEVIN MURPHY, CHIEF,             )
                                 )
        DEFENDANTS.              )

1.  And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

2.  And I saw the Great White Throne Judgment, and Him that sat upon it from whose face the Earth and Heaven fled away, and there was found no place for them, YOU, and I saw the dead, YOU, both great and small, and the books were opened, YOU, and another book was opened which is the Book of Life, and the dead, YOU, and the dead, YOU, were judged out of those things which were written in the books according to their works.

3.  And Death and Hell, YOU, were cast into the Lake of Fire, YOU. This is the Second Death, YOU. And whosoever, YOU, was not found written in the Book of Life was cast into the Lake of Fire, YOU.

4.  Jurisdiction founded on the existence of a federal question and amount in controversy.

5.  The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

RECEIVED CLERK

JAN 16 2024

U.S. DISTRICT COURT

6. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

7. On the 6th day of July, 2020, the City of Montgomery, Et Al, through Montgomery police officers, defamed the character of the Plaintiff without probable cause or without lawful privilege therefor and stated that unidentified, undisclosed persons from an unknown location, who communicated false complaints and reports to the City of Montgomery police contacted the City of Montgomery police and stated that the Plaintiff wss "flagging down cars."

8. After detaining the Plaintiff without probable cause and without lawful privilege therefor on Tallapoosa Street at Commerce Street, the City of Montgomery proceeded to order the Plaintiff to stay out of the street and not to flag down cars.

9. The Plaintiff catergorically denies all allegations of the City of Montgomery and all allegations of any unidentified, unclosed persons who allegedly contacted the City of Montgomery and communicated said false complaints and reports referring to the Plaintiff.

10. As a proximate result of the Defendants' acts, the Plaintiff suffered intentional infliction of emotional distress, defamation of the Plaintiff's character, mental anguish, libel and slander, and First Amendment and Fifth Amendment rights violations of the United State Constitution.

Wherefore, Plaintiff will receive this Judgment, Wherefore, Plaintiff orders this Judgment, Wherefore, Plaintiff demands this Judgment, WHEREFORE, THIS IS YOUR JUDGMENT:

1. And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

unlawful act after another, struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to multiple unlawful physical contacts.

14. On or about December 19, 2002, when the County of Montgomery, Et Al abducted and kidnapped the Plaintiff without probable cause therefor and dragged the Plaintiff to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, the County of Montgomery, Et Al in the course of one unlawful act after another, violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, and Seventh Amendment rights of the United States Constitution.

15. As a proximate consequence of the Defendants' acts, the Plaintiff suffered First Degree Kidnapping, Harassment, and False Imprisonment civil rights violations and demands the District of Utah to arraign Defendants for Federal Kidnapping Charges as set forth in this Complaint, and arraign the other Defendants for the other civil rights violations as set forth in Plaintiff's other civil rights Complaints that were NEVER FILED IN ALABAMA AND NEVER FILED IN ANY ADJACENT STATES NEXT TO ALABAMA, NO NOT ONCE, NO, NOT ONE, AND THE PLAINTIFF'S CIVIL RIGHTS COMPLAINTS WERE NEVER SCHEDULED FOR ANY TRIALS OR ANY HEARINGS IN ANY COURT, AND THE PLAINTIFF'S CIVIL RIGHTS COMPLAINTS WERE NEVER TRIED AND HEARD IN ANY COURT, NO, NOT ONCE, NO, NOT ONE.

16. IF ANYBODY OR ANYTHING FROM ANY AREA IN ALABAMA, Minnesota, or Texas and any place therefro CONTACTS THE PLAINTIFF IN THESE CASES, BILL LIETZKE, BY WAY OF UNITED STATES POSTAL SERVICE, U. P. S., OR BY ANY OTHER KIND OF WAY, ANY AND ALL AFOREMENTIONED VIOLATORS WILL BE SUBJECT TO CRIMINAL PROSECUTION IMMEDIATELY BY THE F B I, THE A T F, THE C I A, AND/OR THE F C C FOR THE CRIME OF HARASSMENT COMMUNICATIONS AND ALL OTHER CRIMINAL OFFENSES THAT THE DISTRICT OF Utah DEEMS APPROPRIATE.

1        2.   And I saw the Great White Throne Judgment, and Him that sat upon
2   it from whose face the Earth and Heaven fled away, and there was found
3   no place for them, YOU, and I saw the dead, YOU, both great and small,
4   and the books were opened, YOU, and another book was opeded which is the
5   Book of Life, and the dead, YOU, and the dead, YOU, were judged out of
6   those things which were written in the books according to their works.
7        3.   And Death and Hell, YOU, were cast into the Lake of Fire, YOU.
8   This is the Second Death, YOU. And whosoever, YOU, was not found written
9   in the Book of Life was cast into the Lake of Fire, YOU.

10
11
12
13               *[signature]*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28